# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

147296(114)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY EMPLOYEES RETIREMENT
SYSTEM and WAYNE COUNTY RETIREMENT
COMMISSION,
　　　　　Plaintiffs/Counter Defendants-
　　　　　Appellees,

v

CHARTER COUNTY OF WAYNE,
　　　　　Defendant/Counter-Plaintiff-
　　　　　Appellant,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
　　　　　Defendant-Appellant.
_____/

SC: 147296
COA: 308096
Wayne CC: 10-013013-AW

　　　　On order of the Chief Justice, the motion of the plaintiffs-appellees to extend the time for filing their responsive brief is GRANTED. The brief will be accepted as timely filed if filed on or before July 22, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

